AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Francisco Jose GUEVARA-Tavera<br>*Defendant(s)* | ) ) ) ) ) ) ) Case No: 23po36 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>February 18, 2023</u> in the county of <u>Dona Ana</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8</u> U.S.C. §<u>1325(a)(1)(EWI Misdemeanor)</u>, an offense described as follows:

entered and attempted to enter the United States at a time and place other than as designated by Immigration Officers

This criminal complaint is based on these facts:
On February 18, 2023, a United States Border Patrol Agent encountered the Defendant in Dona Ana County, New Mexico. When questioned as to his citizenship the Defendant admitted to being a citizen of Venezuela without authorization to enter or remain in the United States. The Defendant knowingly entered the United States illegally on February 18, 2023, by crossing the U.S./Mexico International Boundary afoot, approximately eight mile(s) east of the Santa Teresa, New Mexico Port of Entry. This area is not a Port of Entry as designated by the Appropriate Authority of the United States. Thus, the Defendant is present in the United States without admission by an Immigration Officer.

☐ Continued on the attached sheet.

*Complainant's signature*

Francisco Aveytia, Agent
*Printed name and title*

Sworn to ~~before me and signed in my presence.~~ - by telephone

Date: February 22, 2023

*Judge's signature*

City and state: Las Cruces, N.M.

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*